1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN RICHARD MCKEE, | ) | No. C 09-2646 LHK (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| ALAMEDA COUNTY SHERIFFS DEPARTMENT, | ) | |
| Defendants. | ) | |

Plaintiff, an inmate at the Santa Rita Jail in Alameda County, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983.  Upon initial screening of the complaint, on March 26, 2010, the court identified several deficiencies in the original complaint and dismissed the complaint with leave to amend.  In the order, the court ordered plaintiff to file an amended complaint curing the noted deficiencies no later than April 30, 2010.  The court warned that if plaintiff failed to file a response within the court's deadline, it would result in the dismissal of this action without prejudice.  To date, the court has received no response from plaintiff.

Accordingly, the instant action is DISMISSED without prejudice.  The Clerk shall close the file.

IT IS SO ORDERED.

DATED:    8/3/10

_____
LUCY H. KOH
United States District Judge